ter of the application of the Nassau Electric Railroad Company for the appointment of commissioners, etc.

PER CURIAM. We think the item for printing case should be taxed at the sum of $199.22, as agreed upon between Mr. Grout and Mr. Allen on the 26th day of July, 1901.